# Order

Michigan Supreme Court
Lansing, Michigan

February 24, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129337

IN RE PETITION BY TREASURER OF
WAYNE COUNTY FOR FORECLOSURE
_____

WAYNE COUNTY TREASURER,
       Petitioner,
and

MICHAEL KELLY,
       Intervening Party-Appellant,

v

FULL GOSPEL OPENDOOR ASSEMBLIES,
INC.,
       Respondent-Appellee.
_____/

SC: 129337
COA: 261071
Wayne CC: 02-220192-PZ

On order of the Court, the application for leave to appeal the July 11, 2005 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Wayne County Treasurer v Perfecting Church (In re Petition by Treasurer of Wayne County for Foreclosure)* (Docket No. 129341) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2006

_____
Clerk

d0221